**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Frederick Rogers, Civil No. 01-2052 (DWF/JGL)

Plaintiff,

v. **ORDER**

Officer Wentworth, Correctional Corporation of America, Wisconsin Department of Corrections, and Chief O'Malley,

Defendants.

---

Frederick Rogers, *Pro Se*, 6940WI, Prairie Correctional Facility, Box 500, Appleton, MN 56208-0500, Plaintiff.

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's claims against all Defendants other than Officer Wentworth are dismissed pursuant to 28 U.S.C. § 1915A(b); and

2. Plaintiff's claims against Officer Wentworth are allowed to proceed at this time, without prejudice to any defenses that Wentworth may later seek to raise.

Dated: February 11, 2002

DONOVAN W. FRANK
Judge of United States District Court

FILED FEB 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK