UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-2052 (DWF/JGL)

FREDERICK ROGERS,

Plaintiff,

v.

PRETRIAL ORDER

OFFICER WENTWORTH,

Defendant.

The above-entitled matter is before the undersigned Chief United States Magistrate Judge of U.S. District Court, District of Minnesota, on Plaintiff's Complaint for Violation of Civil Rights under 42 U.S.C. §1983. This case was referred to this Court pursuant to 28 U.S.C. §636 and Local Rule 72.1(c)(1).

On April 2, 2002, Defendant filed a Motion to Dismiss or for Summary Judgment. Pursuant to Federal Rule of Civil Procedure 16, and in order to secure the just, speedy, and inexpensive determination of this action, the Court orders that Plaintiff file and serve a response to Defendant's motion within thirty (30) days following service of Defendant's motion. This deadline may be modified only upon formal motion and a showing of good cause; failure to respond to the motion may result in dismissal of Plaintiff's claims. The motion will be considered on the papers without oral argument unless the Court determines there is a specific need to hold a hearing.

The Court will accept no ex parte communications. All motions shall be filed with the Clerk of Court with a copy sent to the opposing party.

APR 17 2002
Filed ____________
Richard D. Sletten, Clerk
Judgment Entd. ____________
Deputy Clerk ____________

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff file and serve a response to Defendant's Motion to Dismiss or for Summary Judgemnt within thirty (30) days following service of Defendant's motion.

Dated: April 16, 2002.

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge