**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**FREDERICK ROGERS**, Civil No. 01-2052 (DWF/JGL)

Petitioner,

v. **O R D E R**

**OFFICER WENTWORTH**,

Respondent.

---

APPEARANCES

Frederick Rogers, pro se.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court on Plaintiff Richard Rogers' Motion to Suppress Evidence and Cross Claim of Affidavit of Defendants (Doc. No. 18). The matter has been referred to the undersigned pursuant 28 U.S.C. § 636 and D. Minn. LR 72.1(c).

## I. Plaintiff's Response to Defendant's Motion to Dismiss or for Summary Judgment

Plaintiff's response to Defendant's Motion to Dismiss or for Summary Judgement was to be filed with the Court by April 16, 2002. Although it appears that Plaintiff served his response on Defendant on April 26, 2002, Plaintiff never filed his response with the Court.

JUL 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

Plaintiff must file his response with the Court within ten days of this Order. If Plaintiff fails to do so, the Court will recommend to the trial judge that Plaintiff's case be dismissed with prejudice.

**II. <u>Plaintiff's Motion to Suppress Evidence</u>**

Plaintiff argues that the affidavit of Leann Stone submitted in support of Defendant's Motion to Dismiss contains false statements. Although Plaintiff titles his motion "Motion to Suppress," Plaintiff actually seeks permission to "submit evidence that the defendant and his attorney . . . has [sic] attempted to manipulate this court with false statements and evidence." (Pl. Mem. at 1.) Therefore, the Court interprets this motion as a Motion to File an Amended Response.

Plaintiff should have addressed the issue of misleading information in his response to Defendant's Motion to Dismiss. However, in the event that Plaintiff did not address the issue in his first response, he may file an amended response within ten days of this Order. A copy of any amended response must also be sent to Defendant.

Based upon the above, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Plaintiff Frederick Rogers' Motion to Suppress Evidence and Cross Claim of Affidavit of Defendants [interpreted as Motion to File Amended Response] (Doc. No. 18) is **GRANTED**;

(2) Plaintiff Frederick Rogers must file his Reply to Defendant's Motion to Dismiss with the Court by August 1, 2002;

(3) If Plaintiff Frederick Rogers fails to file his Reply by August 1, 2002 this Court will recommend that this case be dismissed with prejudice; and

(4) Plaintiff Frederick Rogers must file any Amended Reply to Defendant's Motion to Dismiss by August 1, 2002.

Dated: July 18, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge