**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**FREDERICK ROGERS**, Civil No. 01-2052 (DWF/JGL)

Petitioner,

v. **O R D E R**

**OFFICER WENTWORTH**,

Respondent.

---

APPEARANCES

Frederick Rogers, pro se.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court on Petitioner Richard Rogers' Motion for Appointment of Counsel (Doc. No. 20). The matter has been referred to the undersigned pursuant 28 U.S.C. § 636 and D. Minn. LR 72.1(c).

On January 30, 2002 this Court denied Petitioner's original motion for appointment of counsel. (Doc. No. 9.) Petitioner's current motion is redundant. Accordingly, Petitioner's motion is stricken.

JUL 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the above, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Frederick Rogers' Motion for Appointment of Counsel (Doc. No. 20) is **STRICKEN**.

Dated: July 17, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge