AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Frederick Rogers

V.

Officer Wentworth

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2052 DWF/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Respondent's motion to dismiss or for summary judgment is granted. Petitioner's motion for summary judgment is denied. The case is dismissed with prejudice.

November 20, 2002
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk

34

Modified: 11/20/02