[illegible] CPS-1 V0.2
[illegible] NOV 2004 - 10:33
[illegible] Receipt [illegible]
REGISTER NO [illegible] :400

RECEIPT NO [illegible]

RECEIPT SUB NO :2 RECEIPT TYPE: [illegible]
RECEIPT DATE:11/01/04
[illegible] RECEIPT [illegible]
1.55

FUND [illegible] CASE NO:
PAYMENT TYPE:
DEFENDANT:
BANK CODE: [illegible]
ACCOUNT:

VOUCHER NO :0 PAYOR NO:[illegible]
[illegible] ROGERS
SUB VOUCHER :0 [illegible]
[illegible]
[illegible] BUDGET ORG: BUDGET OBJ [illegible]
[illegible] SUB OBJ CLASS:
COST ORG : [illegible]
[illegible]
REMARKS:FREDRICK ROGERS [illegible]
[illegible] 0:01-CV-2052 [illegible]
REMARKS:SUBSEQUENT PAYMENT OF [illegible]
[illegible] BY STATE OF [illegible] COLUMBIA
[illegible]
[illegible] COMB [illegible]

SCANNED
U.S. DISTRICT COURT ST. PAUL

10/26/2004 10:22 WISCONSIN DEPARTMENT OF CORRECTIONS PAGE 18 of 19
DOCB35 COLUMBIA CORRECTIONAL INSTITUTION CAACHKSS

AGGREGATED CHECK STUB SUPPLEMENTAL LIST

102830

BANK ACCOUNT : 1101 GENERAL BANK
CHECK DATE : 10/26/2004
CHECK NUMBER : 102830
CHECK AMOUNT : $ 3.51
ACCOUNT CODE : 2609 FILING FEES PAYABLE

PAYEE NAME : US DIST COURT MPLS MINNESOTA
PAYEE ADDRESS : 4TH ROOM 202 ST
P.O. BOX: 300
MINNEAPOLIS, MN 55415

| DOC# | OFFENDER NAME | INFORMATION NUMBER | AMOUNT |
|---|---|---|---|
| 00276699 | ROGERS,FREDERICK | CV012052 | 1.95 |
| 00276699 | ROGERS,FREDERICK | CV012250 | 1.56 |

392901654

RECEIVED BY U.S. MAIL
2004 NOV -1 AM 9:33
CLERK, U.S. DIST COURT MINNEAPOLIS, MN

SCANNED
U.S. DISTRICT COURT ST. PAUL