01cv2052 DWF/JGL

Fri Feb 4 15:03:18 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 434266
Cashier deborah

Tender Type CHECK

Check Number: 99036

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 5100PL |

Amount $ 10.11

STATE OF WISCONSIN FOR FREDRICK ROGERS 0
1CV2052

SUBSEQUENT PARTIAL PAYMENT OF FILING FEE

SCANNED
FEB 4 2005
U.S. DISTRICT COURT MPLS