Wed Nov 9 15:43:03 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 438283
Cashier deborah

Check Number: 110740

| DO Code | Div No |
|---|---|
| 4641 | 4 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:5100PL | AR | 2 | 6.90 |
| 2:5100PL | AR | 2 | 2.27 |

Total Amount $ 9.17

STATE OF WISCONSIN FOR FREDERICK ROGERS/
01CV2052 01CV2250

PARTIAL PAYMENTS ON TWO CASES

SCANNED
NOV 10 2005
U.S. DISTRICT COURT MPLS